IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:21-cv-00043-D

| | |
|---|---|
| WINYAH RIVERS ALLIANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER ON JOINT MOTION** |
| ) | **FOR STAY** |
| ACTIVE ENERGY RENEWABLE ) | |
| POWER, LLC, and LUMBERTON ) | [Fed. R. Civ. P. 7; Local R. 7.1] |
| ENERGY HOLDINGS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is Plaintiff Winyah Rivers Alliance's and Defendants Active Energy Renewable Power, LLC's and Lumberton Energy Holdings, LLC's Joint Motion for Stay. Upon reviewing the joint motion and finding good cause for the same, the Court hereby ORDERS that the Joint Motion for Stay is GRANTED, and the case will be STAYED—with the exception of briefing on Plaintiff's Motion for Voluntary Dismissal—until an order on Plaintiff's Motion for Voluntary Dismissal Without Prejudice is issued.

SO ORDERED. This **24** day of January, 2023.

                                                                                      JAMES C. DEVER III
                                                                                      United States District Judge