UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WINYAH RIVERS ALLIANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) **CASE NO. 7:21-CV-43-D** |
| | ) |
| ACTIVE ENERGY RENEWABLE | ) |
| POWER, LLC and LUMBERTON | ) |
| ENERGY HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to dismiss [D.E. 69] and DISMISSES WITHOUT PREJUDICE the action.

**This Judgment Filed and Entered on July 11, 2023, and Copies To:**

| | |
|---|---|
| Elizabeth Rita Rasheed | (via CM/ECF electronic notification) |
| Geoffrey Randall Gisler | (via CM/ECF electronic notification) |
| Hannah Michenzie Nelson | (via CM/ECF electronic notification) |
| Jean Ye Zhuang | (via CM/ECF electronic notification) |
| Gary K. Shipman | (via CM/ECF electronic notification) |
| James T. Moore | (via CM/ECF electronic notification) |
| Thomas R. Harvey, III | (via CM/ECF electronic notification) |
| Kevin A. Dunlap | (via CM/ECF electronic notification) |
| Steven D. Weber | (via CM/ECF electronic notification) |

DATE: July 11, 2023          PETER A. MOORE, JR., CLERK

                             (By) /s/ Stephanie Mann
                             Deputy Clerk